**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLOTTE BRENT-BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-01099 |
| | ) | |
| The CITY OF CHICAGO, Chicago Police Officers JOSEPH STRUCK, PAMELA CHILDS LAUGHLIN, SHERRY KOTLARZ, JOSEPH LOPEZ, CYNTHIA R. NICHOLS, SGT. LOUIS D. BOONE, III, and UNIDENTIFIED CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) ) ) | Honorable Judge Joan B. Gottschall<br><br>Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

## MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Defendant, the City of Chicago, pursuant to Local Rule 83.16, respectfully moves that leave be granted for Terrence M. Burns, Daniel M. Noland, Paul Michalik, Elizabeth A. Ekl and Katherine C. Morrison of the law firm Reiter Burns LLP to enter their substituted appearance in place of counsel of record Devlin J. Schoop and Anna Davis Walker of the City of Chicago Law Department on behalf of the City of Chicago and Devlin J. Schoop and Anna Davis Walker be granted leave to withdraw their appearances on behalf of the defendants for whom they have appeared.

Terrence M. Burns, Daniel M. Noland, Paul Michalik, Elizabeth A. Ekl and Katherine C. Morrison of the law firm of Reiter Burns LLP have been requested to substitute their appearances in place of current counsel for defendant, the City of Chicago.

WHEREFORE, defendant, the City of Chicago, respectfully requests leave of Court to permit the substitution and withdrawal of the attorneys identified above.

Dated: February 19, 2018                                  Respectfully submitted,

                                                                           s/Elizabeth A. Ekl
Terrence M. Burns                                         One of the Attorneys for the City of Chicago
Daniel M. Noland                                          Attorney No. 06242840
Paul A. Michalik
Elizabeth A. Ekl
Katherine C. Morrison
Reiter Burns LLP
311 South Wacker Drive
Suite 5200
Chicago, Illinois 60606
312. 982.0090 (phone)

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2018, I electronically filed the foregoing **Motion for Leave to Substitute Counsel** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

*Attorneys for Plaintiff*
Jonathan I. Loevy
Arthur R. Loevy
Steven E. Art
Julie M. Goodwin
Aisha N. Davis
Loevy & Loevy
311 N. Aberdeen
3rd FL
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
arthur@loevy.com
steve@loevy.com
julie@loevy.com
aisha@loevy.com

*Attorneys for Defendant City of Chicago*
Devlin J. Schoop
Anna D. Walker
City of Chicago Law Department
30 North LaSalle Street
Suite 900
Chicago, IL 60602
(312) 742-7042
devlin.schoop@cityofchicago.org
anna.walker@cityofchicago.org

*Attorneys for Defendant Officers Joseph Struck, Pamela Childs Laughlin, Sherry Kotlarz Joseph Lopez, Cynthia R. Nichols, and Sgt. Louis D. Boone, III*
Jessica L Griff
Julian M. Johnson
Mark D. Winistorfer
City Of Chicago Department Of Law
30 N. Lasalle St.
Suite 900
Chicago, IL 60602
(312) 744-2826
jessica.griff@cityofchicago.org
julian.johnson@cityofchicago.org
mark.winistorfer2@cityofchicago.org

s/Elizabeth A. Ekl (ARDC No. 6242840)
Elizabeth A. Ekl