**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLOTTE BRENT-BELL, | ) | |
| | ) | Case No. 17 C 1099 |
| Plaintiff, | ) | |
| | ) | Hon. Joan B. Gottschall, |
| vs. | ) | District Judge |
| | ) | |
| The CITY OF CHICAGO, Chicago Police | ) | Hon. Jeffrey T. Gilbert, |
| Officers JOSEPH STRUCK, PAMELA | ) | Magistrate Judge |
| CHILDS LAUGHLIN, SHERRY KOTLARZ, | ) | |
| JOSEPH LOPEZ, CYNTHIA R. NICHOLS, | ) | |
| SGT. LOUIS D. BOONE, III, and | ) | |
| UNIDENTIFIED CHICAGO POLICE | ) | |
| OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of *Defendant SHERRY KOTLARZ's ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES, and RESPONSE TO PLAINTIFF'S SECOND REQUEST TO ADMIT*, upon Arthur Loevy, Jon Loevy, Steven Art, Aisha N. Davis, LOEVY & LOEVY, 311 North Aberdeen, 3rd Floor, Chicago, IL 60607; and, Elizabeth Ekl, Reiter Burns LLP, 311 S Wacker Drive, Suite 5200, Chicago IL 60606 by depositing a copy of same in the U.S. Mail at 333 West Wacker Drive, Chicago, Illinois 60606 at 5:00 p.m. on **March 8, 2018**, with proper postage prepaid.

                                              **SANCHEZ DANIELS & HOFFMAN, LLP**

                                   By:     Elaine C. Davenport
                                            One of the Attorneys for Defendant(s)
                                                **JOSEPH STRUCK, PAMELA, CHILDS-
                                                LAUGHLIN, SHERRY KOTLARZ,
                                                JOSEPH LOPEZ, CYNTHIA R.
                                                NICHOLS, SGT. LOUIS D. BOONE, III**

Elaine C. Davenport 6272827
**SANCHEZ DANIELS & HOFFMAN LLP
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 641-1555**