AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17 CV 1099

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  AUDIE MANAOIS
was received by me on *(date)*  04/20/2018  .

☑ I personally served the summons on the individual at *(place)*  2338 W MORSE, APT 4C, CHICAGO, IL
on *(date)*  04/29/2018  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/01/2018

*Server's signature*

LARRY BIELA / SPECIAL PROCESS SERVER
*Printed name and title*

P O BOX 46335
CHICAGO, IL. 60646
ILLINOIS LICENSE 115 001755

*Server's address*

Additional information regarding attempted service, etc: