# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE BRENT-BELL, ) | |
| ) | Case No. 17 C 1099 |
| Plaintiff, ) | |
| ) | Hon. Joan B. Gottschall, |
| vs. ) | District Judge |
| ) | |
| The CITY OF CHICAGO, Chicago Police ) | Hon. Jeffrey T. Gilbert, |
| Officers JOSEPH STRUCK, PAMELA ) | Magistrate Judge |
| CHILDS LAUGHLIN, SHERRY KOTLARZ, ) | |
| JOSEPH LOPEZ, CYNTHIA R. NICHOLS, ) | |
| SGT. LOUIS D. BOONE, III, and ) | |
| UNIDENTIFIED CHICAGO POLICE ) | |
| OFFICERS, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' AGREED MOTION TO EXTEND TIME

NOW COMES the Defendant, **AUDIE MANAOIS**, by and through his attorneys, **SANCHEZ DANIELS & HOFFMAN, LLP,** and in support of his motion to extend time to submit his answer and affirmative defenses to Plaintiff's complaint, state as follows:

1. This matter involves alleged civil rights violations stemming from a detention and arrest that occurred on or about August 15, 2016 from Plaintiff's home in the City of Chicago, Illinois.

2. Plaintiff filed a Third Amended Complaint naming a new Defendant, Audie Manaois. *Dkt. 77.*

3. Defendant filed his appearance on 20 June 2018. *Dkt. 82.*

4. Defendant Manaois requests an additional fourteen (14) days to submit his answer and affirmative defenses to Plaintiff's complaint, or until July 6, 2018.

5. The parties have discussed Defendant Manaois' request for an extension and Plaintiff's counsel has agreed to an extension of fourteen days, or until July 6, 2018.

WHEREFORE, Defendant **AUDIE MANAOIS** respectfully request an Order be entered in his favor allowing him fourteen (14) days to submit his answer and affirmative defenses to Plaintiff's complaint, and for any other relief that this Honorable Court deems just.

       Respectfully submitted,

       **SANCHEZ DANIELS & HOFFMAN LLP**

       By: /s/ Elaine C. Davenport
           One of the Attorneys for Defendants
           **AUDIE MANAOIS**

Elaine C. Davenport -- 6272827
**SANCHEZ DANIELS & HOFFMAN, LLP**
**333 West Wacker Drive**
**Suite 500**
**Chicago, Illinois 60606**
**(312) 641-1555 - Telephone**
**(312) 641-3004 - Facsimile**