**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLOTTE BRENT-BELL, | ) | |
| | ) | Case No. 17 C 1099 |
| Plaintiff, | ) | |
| | ) | Hon. Joan B. Gottschall, |
| vs. | ) | District Judge |
| | ) | |
| The CITY OF CHICAGO, Chicago Police | ) | Hon. Jeffrey T. Gilbert, |
| Officers JOSEPH STRUCK, PAMELA | ) | Magistrate Judge |
| CHILDS LAUGHLIN, SHERRY KOTLARZ, | ) | |
| JOSEPH LOPEZ, CYNTHIA R. NICHOLS, | ) | |
| SGT. LOUIS D. BOONE, III, and | ) | |
| UNIDENTIFIED CHICAGO POLICE | ) | |
| OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

On **June 29, 2018**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Gottschall**, or any judge sitting in her stead, in the courtroom usually occupied by her in **Room 2325** at the U.S.D.C. for the Northern District of Illinois, Eastern Division, Chicago, Illinois and shall then and there present *Defendants' Motion to Extend Time to Answer.*

                                                  Respectfully submitted,

                                                  **SANCHEZ DANIELS & HOFFMAN LLP**

                                                  By: s/Elaine C. Davenport
                                                      One of the Attorneys for Defendants
                                                      **AUDIE MANAOIS**

Elaine C. Davenport
Federal ID No. 6272827
**SANCHEZ DANIELS & HOFFMAN, LLP
333 West Wacker, Suite 500
Chicago, Illinois 60606
(312) 641-1555 – Telephone
(312) 641-3004 – Facsimile**

## **CERTIFICATE OF SERVICE**

I hereby certify that on 22 June 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Arthur Loevy
Jon Loevy
Steven Art
Aisha N. Davis
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900

Elizabeth A. Ekl
Reiter Burns LLP
311 S Wacker Drive, Suite 5200
Chicago IL 60606
312 878 1297
eekl@reiterburns.com


/s/Elaine C. Davenport