# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE BRENT-BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-01099 |
| | ) | |
| The CITY OF CHICAGO, et al., | ) | Honorable Judge Joan B. Gottschall |
| | ) | |
| Defendants. | ) | Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

TO: Counsel of Record

PLEASE TAKE NOTICE that on **Friday**, **September 21, 2018** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Joan B. Gottschall**, or any judge sitting in her stead, in Room **2325** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendant City of Chicago's Motion to Bifurcate Plaintiff's §1983 *Monell* Claim and Stay Discovery and Trial On That Claim**.

Respectfully submitted,

s/ Elizabeth A. Ekl
One of the Attorneys for the City of Chicago
Attorney No. 06242840

Terrence M. Burns
Elizabeth A. Ekl
Paul A. Michalik
Daniel M. Noland
Katherine C. Morrison
Reiter Burns LLP
311 S. Wacker Drive, Suite 5200
Chicago, Illinois 60606
(312) 982-0090 (telephone)
(312) 429-0644 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2018, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| *Attorneys for Plaintiff* | *Attorneys for Defendant Officers Joseph Struck, Pamela Childs Laughlin, Sherry Kotlarz Joseph Lopez, Cynthia R. Nichols, Sgt. Louis D. Boone III, and Audie Manaois* |
|---|---|
| Jonathan I. Loevy | |
| Arthur R. Loevy | |
| Steven E. Art | |
| Julie M. Goodwin | Elaine C. Davenport |
| Aisha N. Davis | Sanchez Daniels & Hoffman LLP |
| Sean Starr | 333 West Wacker Drive |
| Loevy & Loevy | Suite 500 |
| 311 N. Aberdeen, 3rd Fl. | Chicago, IL 60606 |
| Chicago, IL 60607 | (312) 641-1555 |
| (312) 243-5900 | edavenport@sanchezdh.com |
| jon@loevy.com | |
| arthur@loevy.com | |
| steve@loevy.com | |
| julie@loevy.com | |
| aisha@loevy.com | |
| sean@loevy.com | |

s/Elizabeth A. Ekl (ARDC No. 6242840)