**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Charlotte Brent−Bell
                                Plaintiff,

v.                                       Case No.: 1:17−cv−01099
                                       Honorable Joan B. Gottschall

Audie Manaois, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 14, 2018:

      MINUTE entry before the Honorable Joan B. Gottschall: By agreement of the parties, the defendant City of Chicago's motion to bifurcate plaintiff's §1983 Monell claim and stay discovery and trial on that claim [101] is briefed as follows: response due 10/8/18; reply due 10/18/18. The status hearing set for 9/21/18 shall stand. If the parties agree that the status hearing is not necessary, they should contact the courtroom deputy b 9/19/18, and the status hearing will be stricken. The notice of presentment date of 9/21/1 is stricken.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.