IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| CHARLOTTE BRENT-BELL, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 17 C 1099 |
| v. | ) | Judge Gottschall |
|  | ) | Magistrate Judge Gilbert |
| THE CITY OF CHICAGO, *et al.*, | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

**To:** **All Counsel of Record**

Please take notice that on Friday, September 21 at 9:30 a.m., counsel for Plaintiff shall appear before the Honorable Joan B. Gottschall in her usual courtroom, at 219 South Dearborn Street in Chicago, Illinois, and present the Parties' Joint Motion to Extend Discovery Deadlines.

Dated: September 14, 2018

Respectfully Submitted,

/s/ Julie M. Goodwin
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steven Art
Julie Goodwin
Sean Starr
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
julie@loevy.com

# CERTIFICATE OF SERVICE

I, Julie Goodwin, an attorney, hereby certify that I served the foregoing Notice of Motion on all counsel of record via the CM / ECF filing system on September 14, 2018.

/s/Julie M. Goodwin
*One of Plaintiff's Attorneys*