**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| CHARLOTTE BRENT-BELL, | ) | |
| | ) | Case No. 17 C 1099 |
| Plaintiff, | ) | |
| | ) | Hon. Joan B. Gottschall, |
| vs. | ) | District Judge |
| | ) | |
| The CITY OF CHICAGO, Chicago Police | ) | Hon. Jeffrey T. Gilbert, |
| Officers JOSEPH STRUCK, PAMELA | ) | Magistrate Judge |
| CHILDS LAUGHLIN, SHERRY KOTLARZ, | ) | |
| JOSEPH LOPEZ, CYNTHIA R. NICHOLS, | ) | |
| SGT. LOUIS D. BOONE, III, and | ) | |
| UNIDENTIFIED CHICAGO POLICE | ) | |
| OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of *Defendant, SGT. LOUIS BOONE, III'S ANSWER TO PLAINTIFF'S INTERROGATORY TO ALL DEFENDANTS*, upon Arthur Loevy, Jon Loevy, Steven Art, Aisha N. Davis, LOEVY & LOEVY, 311 North Aberdeen, 3rd Floor, Chicago, IL 60607; and Elizabeth Ekl, REITER BURNS LLP, 311 S Wacker Drive, Suite 5200, Chicago IL 60606 by depositing a copy of same in the U.S. Mail at 333 West Wacker Drive, Chicago, Illinois 60606 at 5:00 p.m. on **September 19, 2018**, with proper postage prepaid.

**SANCHEZ DANIELS & HOFFMAN, LLP**

By:   Elaine C. Davenport
One of the Attorneys for Defendants
**SGT. LOUIS BOONE, III**

Elaine C. Davenport 6272827
**SANCHEZ DANIELS & HOFFMAN LLP**
**333 West Wacker Drive**
**Suite 500**
**Chicago, Illinois 60606**
**(312) 641-1555**