# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Charlotte Brent–Bell

                        Plaintiff,

v.                                               Case No.: 1:17–cv–01099
                                                      Honorable Joan B. Gottschall

Audie Manaois, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 20, 2018:

      MINUTE entry before the Honorable Joan B. Gottschall: The parties' joint motion to extend the deadline for completing fact discovery [104] is granted. The fact discovery deadline is extended to and including 11/16/18. The motion hearing and status conference set for 9/21/18 are stricken. No appearance required. A status conference is set for 11/28/18 at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.