**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLOTTE BRENT-BELL, | ) | |
| | ) | Case No. 17 C 1099 |
| *Plaintiff*, | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| The CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | JURY TRIAL DEMANDED |
| | ) | |

## NOTICE OF MOTION

**To:    All Counsel of Record**

Please take notice that on Friday, October 19, 2018 at 9:30 a.m. counsel for Plaintiff shall appear before the Honorable Joan B. Gottschall in her usual courtroom, at 219 South Dearborn Street in Chicago, Illinois, and present Plaintiff's Motion to Withdraw Appearance.

                                                                Respectfully submitted,

                                                                /s/ Aisha N. Davis
                                                                One of Plaintiff's Attorneys

Arthur Loevy
Jon Loevy
Steven Art
Julie Marie Goodwin
Sean Starr
Aisha N. Davis
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Phone: (312) 243-5900
Fax:    (312) 243-5902

## CERTIFICATE OF SERVICE

I, Aisha N. Davis, an attorney, certify that on October 9, 2018, I served this **Notice of Motion** on all counsel of record via the Court's CM/ECF system.

/s/ Aisha N. Davis
Aisha N. Davis
Attorneys for Plaintiff