# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Charlotte Brent–Bell

                      Plaintiff,

v.                                                 Case No.: 1:17–cv–01099
                                                         Honorable Joan B. Gottschall

The City of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 29, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties have confirmed that all necessary participants are available for the settlement conference set for 9/12/19 at 1:30 p.m. Accordingly, the settlement conference will proceed on that date in accordance with Magistrate Judge Gilbert's Standing Order for Settlement Conference. The status hearing set for 8/8/19 at 9:45 a.m. will proceed as scheduled. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.