# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE BRENT-BELL, | ) | |
| | ) | Case No. 17 C 1099 |
| *Plaintiff*, | ) | |
| | ) | Hon. LaShonda A. Hunt, |
| v. | ) | District Judge |
| | ) | |
| The CITY OF CHICAGO, Chicago Police Officers JOSEPH STRUCK, PAMELA CHILDS LAUGHLIN, SHERRY KOTLARZ, JOSEPH LOPEZ, CYNTHIA R. NICHOLS, SGT. LOUIS D. BOONE, III, and UNIDENTIFIED CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | JURY TRIAL DEMANDED |
| *Defendants*. | ) | |

**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL**

Plaintiff Charlotte Brent-Bell, by her attorneys, and Defendants the City of Chicago, Joseph Struck, Pamela Childs Laughlin, Sherry Kotlarz, Joseph Lopez, Cynthia Nichols, and Louis Boone, by their attorneys, respectfully request that this Court grant them an extension of time to file a stipulation of dismissal, stating in support as follows:

1. On October 10, 2024, the parties filed a joint status report informing the Court that they had reached a settlement agreement. Dkt. 296.

2. On October 11, 2024, the Court ordered the parties to file a stipulation of dismissal by October 18, 2024. Dkt. 297.

3. The parties prepared this short motion seeking an extension of time to file the dismissal, but due to scheduling conflicts, travel, and miscommunication, failed to file this on time on October 18. The parties apologize for this oversight and delay.

4. The parties in this case have been working diligently and cooperatively on finalizing the language of their settlement agreement and stipulation of dismissal. However, due to other professional obligations and conflicts in counsel's varying schedules, the parties need additional time to finalize their stipulation of dismissal. As a result, the parties respectfully request an extension of the Court's deadline up to and until November 1, to file their stipulation of dismissal.

5. This motion is made by the parties in good faith and not for purposes of delay.

WHEREFORE, the parties jointly request that this Court grant them an extension of time to file their stipulation of dismissal up to and including November 1, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ Sean Starr | /s/ Elizabeth A. Ekl |
| Counsel for Plaintiff | Counsel for the City of Chicago |
| | |
| Jonathan I. Loevy | Terrence M. Burns |
| Arthur R. Loevy | Elizabeth A. Ekl |
| Steven E. Art | Katherine C. Morrison |
| Sean Starr | Burns Noland LLP |
| Loevy & Loevy | 311 S. Wacker Drive, Suite 5200 |
| 311 N. Aberdeen, 3rd Fl. | Chicago, IL 60606 |
| Chicago, IL 60607 | (312) 982-0090 |
| (312) 243-5900 | tburns@burnsnoland.com |
| jon@loevy.com | eekl@burnsnoland.com |
| arthur@loevy.com | kmorrison@burnsnoland.com |
| steve@loevy.com | |
| sean@loevy.com | |

/s/ Cathleen A. Bloedorn
Special Assistant Corporation Counsel for Defendant Officers Joseph Struck, Pamela Childs Laughlin, Sherry Kotlarz Joseph Lopez, Cynthia R. Nichols, Sgt. Louis D. Boone III, and Audie Manaois

Cathleen A. Bloedorn
Manuel Sanchez
Sanchez Daniels & Hoffman LLP
333 West Wacker Drive, Suite 500
Chicago, IL 60606
(312) 641-1555
cbloedorn@sanchezdh.com
msanchez@sanchezdh.com